In the Matter of the Application of the CITY OF NEW YORK, Appellant, for a Writ of Certiorari against RICHARD MITCHELL et al., as Assessors of the Town of Southeast, Respondents.

(Argued January 8, 1906; decided January 16, 1906.)

MOTION to amend remittitur so as to provide that " the order *and judgment* appealed from be affirmed, with costs." (See 183 N. Y. 245.)

Motion denied, without costs. What appears to be designated in the record on appeal as a judgment of the Appellate Division is, under sections 2141 and 2143 of the Code of Civil Procedure, denominated a final order. It is that order which has been affirmed by this court, and the application is, therefore, unnecessary ; we prefer to adhere to the nomenclature prescribed by the Code.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK H. BROWN, Appellant, *v.* THOMAS FINLEY et al., Composing the Town Board of the Town of Milton, Respondents.

*People ex rel. Brown* v. *Finley,* 95 App. Div. 619, affirmed.
(Argued January 8, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 15, 1904, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the defendants to audit a certain claim of the relator.

*Edgar T. Brackett* and *Horace E. McKnight* for appellant.

*John H. Burke* for respondents.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.